572

James E. Collins, Appellee, v. Elgin, Joliet and
Eastern Railway Company, Appellant.

Gen. No. 43,008.

Heard in the
third division, first district, this court at the April term, 1944; opinion
filed March 21, 1945; released for publication April 10, 1945. Knapp,
Cushing, Hershberger & Stevenson, for appellant; Harlan L. Hackbert,
of counsel; William Wallace McCallum and Marion J. Hannigan, for ap-
pellee. Opinion by JUSTICE KILEY. Not to be published in full.